UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 25873
   AGUSTIN TORRES
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
       Debtor
   SSN XXX-XX-1968
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/29/05 and confirmed on 08/26/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 12739.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DELL FINANCIAL SERVICES | SECURED | 300.00 | .00 | 300.00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 367.50 | .00 | 200.97 |
| CHASE BANK | UNSECURED | 2691.28 | .00 | 1471.78 |
| KOHLS | UNSECURED | 1402.46 | .00 | 766.96 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2664.00 | .00 | 1456.86 |
| MARATHON | UNSECURED | 205.67 | .00 | 112.47 |
| PHILLIPS 66 | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5923.31 | .00 | 3239.28 |
| TARGET NATIONAL BANK | UNSECURED | 2765.50 | .00 | 1512.37 |
| CAPITAL ONE BANK | UNSECURED | 517.03 | .00 | 282.75 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 300.00 | .00 | 16536.75 | .00 | 16836.75 |
| PRINCIPAL PAID | 300.00 | .00 | 9043.44 | .00 | 9343.44 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 300.00 | .00 | 9043.44 | .00 | 9343.44 |

The Debtor's attorney, KENNETH S BORCIA & ASSOC     , was allowed $   2700.00 and was paid $    159.00  direct and $    2541.00  through the plan.

The Trustee received $    483.72 .

Refunds to the Debtor totaled $    370.84 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 10/08/08                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```